UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan R. Blanton, | CIVIL 06-3101 PAM/RLE |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ClearCheck, Inc., et al., | |
| Defendants. | |

-------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June   12  , 2007

                                                         s/Paul A. Magnuson
                                                        Paul A. Magnuson, Judge
                                                        United States District Court